IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. HART, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-cv-1244-MEF |
| | ) | |
| GLAXOSMITHKLINE, PLC, | ) | (WO- Not Recommended for Publication) |
| | ) | |
| DEFENDANT. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline PLC and against

Plaintiff Kimberly A. Hart, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of Defendant Defendant SmithKline Beecham

Corporation d/b/a GlaxoSmithKline PLC and against Plaintiff Kimberly A. Hart for which

execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

to close this file.

DONE this the 14th day of August, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE